# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SABRINA MOLNAR-MARSHALL, *Plaintiff,* v. EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US, *Defendant.* | CASE NO. 2:23-cv-1136-RSM |

### ORDER

The parties having stipulated and agreed, it is hereby so ORDERED that the deadline for Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US to file a responsive pleading to the Complaint is extended to Monday, October 2, 2023.

DATED this 7th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT
TO FILE A RESPONSIVE PLEADING – Page 1