**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SABRINA MOLNAR-MARSHALL,<br><br>    *Plaintiff,*<br><br>v.<br><br>EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US,<br><br>    *Defendant.* | CASE NO. 2:23-cv-1136-RSM |

## SECOND STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING

Plaintiff Sabrina Molnar-Marshall and Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US ("Shell"), by and through their counsel of record, pursuant to Local Rules 10(g), hereby jointly stipulate and move for an extension of the deadline for Shell to respond to the Complaint by one additional week. Currently, Shell's responsive pleading to the Complaint is due on Monday, October 2, 2023.

A court may modify a schedule for good cause. *See* Fed. R. Civ. P. 16(b)(4). Continuing pretrial deadlines is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit that there is good cause for an extension because Shell needs additional time to research potential Rule 12 defenses and collect information to support its answer in the event there are no viable defenses.

Stipulated to and presented submitted this 27th day of September 2023.

BEAN LAW GROUP

*/s/Matthew J. Bean*
Matthew J. Bean
WSBA No. 23221
BEAN LAW GROUP
2200 6th Avenue, Suite 500
Seattle, WA 98121
Tel: (201) 522-0618
matt@beanlawgroup.com

REED SMITH LLP

*/s/ Todd O. Maiden*
Todd O. Maiden, WSBA No. 14922
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 659-5918
Fax: (415) 391-8269
tmaiden@reedsmith.com

Cheryl L. Blount, *pro hac vice to be filed*
Texas State Bar No. 24076279
REED SMITH LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Tel: (713) 469-3800
Fax: (713) 469-3899
cblount@reedsmith.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and a copy being sent electronically via the CM/ECF System to:

Matthew J. Bean
Email: matt@beanlawgroup.com
Counsel for Plaintiff

DATED this 27th day of September, 2023.

*/s/ Todd O. Maiden*
Todd O. Maiden

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SABRINA MOLNAR-MARSHALL,<br><br>*Plaintiff,*<br><br>v.<br><br>EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US,<br><br>*Defendant.* | CASE NO. 2:23-cv-1136-RSM |

## ORDER

The parties having stipulated and agreed, it is hereby so ORDERED that the deadline for Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US to file a responsive pleading to the Complaint is extended to Monday, October 9, 2023.

DATED this 29th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT
TO FILE A RESPONSIVE PLEADING – Page 3